```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 32610
   DAVID T RIEFKE
   LOIS G RIEFKE                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-1602     SSN XXX-XX-0007

--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/26/08 .

     2.  The case was dismissed without confirmation, 03/06/2009.

--------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------
AMERICAN HONDA FINANCE C SECURED VEHIC       .00             .00             .00
CONSUMER PORTFOLIO SERVI SECURED VEHIC       .00             .00             .00
CAPITAL ONE BANK         UNSECURED       NOT FILED           .00             .00
CASHCALL, INC.           UNSECURED       NOT FILED           .00             .00
FIRST NATIONAL BANK MARI UNSECURED       NOT FILED           .00             .00
HSBC                     UNSECURED       NOT FILED           .00             .00
MERRICK BANK             UNSECURED       NOT FILED           .00             .00
MIDLAND CREDIT MGMT      UNSECURED       NOT FILED           .00             .00
NICOR GAS                UNSECURED       NOT FILED           .00             .00
PAYDAY LOAN STORE        UNSECURED       NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED       NOT FILED           .00             .00
ARROW FINANCIAL SERVICES UNSECURED       NOT FILED           .00             .00
QUIK PAYDAY.COM          UNSECURED       NOT FILED           .00             .00
RUSH COPLEY              UNSECURED       NOT FILED           .00             .00
ST ALEXIUS MEDICAL CENTE UNSECURED       NOT FILED           .00             .00
        Summary of disbursements:
--------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00           .00          .00           .00
PRINCIPAL PAID          .00          .00           .00          .00           .00
INTEREST PAID           .00          .00           .00          .00           .00
TOTAL PAID              .00          .00           .00          .00           .00
The Debtor's attorney, LEGAL HELPERS PC             , was allowed $    3500.00
and was paid $    1217.00  direct and $       .00  through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 03/18/09                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE